# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK VENTO,<br><br>              Plaintiff,<br><br>    v.<br><br>JOE C. BRICE and REGINA R. BRICE,<br><br>              Defendants, and<br><br>UNITED STATES OF AMERICA,<br><br>              Real Party in Interest. | Case No. 2:18-cv-01425-KJD-PAL<br><br>ORDER |

      Presently before the Court is the United States' Motion to Withdraw Notice of Removal (#3). Though the time for doing so has passed, no response in opposition has been received. Therefore, good cause being found, and in accordance with Local Rule 7-2(d), the motion is granted.

      Accordingly, IT IS HEREBY ORDERED that the United States' Motion to Withdraw Notice of Removal (#3) is **GRANTED**;

      IT IS FURTHER ORDERED that the Clerk of the Court close this action.

Dated this 18th day of October, 2018.

                                                  _____
                                                  Kent J. Dawson
                                                  United States District Judge